W. West Allen
Nevada Bar No. 5566
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109
Telephone:  (702) 949-8200
Facsimile:  (702) 949-8398

Kimball R. Anderson (*Pro Hac Vice Pending*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703
Telephone:  (312) 558-5700

Eric J. Marcotte *(Pro Hac Vice Pending)*
Gordon A. Coffee *(Pro Hac Vice Pending)*
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20006-3817
Telephone:  (202) 282-5000

Attorneys for Plaintiff
VendingData Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VENDINGDATA CORPORATION, a Nevada corporation,<br>            Plaintiff,<br>   vs.<br>SHUFFLE MASTER, INC., a Minnesota corporation,<br>            Defendant. | Case No. 2:06-CV-00396-PMP-PAL<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff, VENDINGDATA CORPORATION, hereby dismisses this action without prejudice.  No answer or motion for summary judgment has yet been filed by Defendant in this matter.

/ / /

1  DATED this 1st day of May, 2006.

                                          LEWIS & ROCA LLP


                     By: _____/s/_____
                      W. West Allen
                      3993 Howard Hughes Parkway
                      Suite 600
                      Las Vegas, Nevada 89109

                      Kimball R. Anderson (*Pro hac vice pending*)
                      WINSTON & STRAWN LLP
                      35 West Wacker Drive
                      Chicago, Illinois 60601-9703

                      Eric J. Marcotte  (*Pro hac vice pending*)
                      Gordon A. Coffee (*Pro hac vice pending*)
                      WINSTON & STRAWN LLP
                      1700 K Street N.W.
                      Washington, DC 20006-3817

                      Attorneys for Plaintiff
                      VendingData Corporation